QUINN EMANUEL URQUHART
   & SULLIVAN, LLP
James R. Asperger (Bar No. 083188)
jimasperger@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone:  (650) 801-5000
Facsimile:  (650) 801-5100

Attorneys for Plaintiff California Institute of Technology

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA INSTITUTE OF TECHNOLOGY, a California corporation,<br>        Plaintiff,<br><br>   vs.<br><br>HUGHES COMMUNICATIONS, INC., a Delaware corporation, HUGHES NETWORK SYSTEMS, LLC, a Delaware limited liability company, DISH NETWORK CORPORATION, a Nevada corporation, DISH NETWORK L.L.C., a Colorado limited liability company, and DISHNET SATELLITE BROADBAND L.L.C., a Colorado limited liability company,<br>        Defendants. | CASE NO. 2:15-CV-01108-MRP -JEM<br><br>**JOINT STATUS REPORT**[1] |

---

[1] The same joint status report is being filed in both Case No. 2:13-CV-7245-MRP-JEM and Case No. 2:15-CV-1108-MRP-JEM.

Pursuant to the Court's August 18, 2015 Order, Dkt. 46, the parties submit this joint status report to inform the Court of their settlement efforts and plan. The parties are making progress in continuing to negotiate the terms of a proposal to resolve the dispute through binding arbitration, including exchange of draft terms. In light of the complexity of the issues involved, the parties have not yet reached agreement, but believe the discussion is productive and is moving towards achieving resolution of this dispute. The parties respectfully request the Court set a new date for an additional status report to October 14, 2015.

DATED: September 14, 2015          Respectfully submitted,


By: */s/James R. Asperger*

James R. Asperger
jimasperger@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone:   (213) 443-3000
Facsimile:   (213) 443-3100

*Attorneys for Plaintiff California Institute of Technology*

By: */s/ David C. Marcus*

David C. Marcus (SBN: 158704)
david.marcus@wilmerhale.com
Matthew J. Hawkinson (SBN: 248216)

-1-
JOINT STATUS REPORT

Case No. 2:15-CV-01108-MRP (JEM)

| | |
|---|---|
| 1 | matthew.hawkinson@wilmerhale.com |
| 2 | Aaron Thompson (SBN: 272391) |
|   | aaron.thompson@wilmerhale.com |
| 3 | WILMER CUTLER PICKERING HALE |
| 4 | AND DORR LLP |
|   | 350 South Grand Avenue, Suite 2100 |
| 5 | Los Angeles, CA 90071 |
|   | Telephone: +1 213 443 5300 |
| 6 | Facsimile: +1 213 443 5400 |
| 7 | |
| 8 | *Attorneys for Defendants and Counterclaim-Plaintiffs* |
| 9 | *Hughes Communications Inc.,* |
| 10 | *Hughes Network Systems LLC,* |
| 11 | *DISH Network Corporation,* |
|    | *DISH Network L.L.C., and* |
| 12 | *dishNET Satellite Broadband L.L.C.* |