1  QUINN EMANUEL URQUHART
   & SULLIVAN, LLP
2  James R. Asperger (Bar No. 083188)
   jimasperger@quinnemanuel.com
3  865 S. Figueroa St., 10th Floor
   Los Angeles, California 90017
4  Telephone:   (213) 443-3000
   Facsimile:   (213) 443-3100
5
   Kevin P.B. Johnson (Bar No. 177129)
6  kevinjohnson@quinnemanuel.com
   555 Twin Dolphin Drive, 5th Floor
7  Redwood Shores, California 94065
   Telephone:   (650) 801-5000
8  Facsimile:   (650) 801-5100

9  Attorneys for Plaintiff California Institute of Technology

10
11                    UNITED STATES DISTRICT COURT
12                    CENTRAL DISTRICT OF CALIFORNIA
13

| | |
|---|---|
| 14 CALIFORNIA INSTITUTE OF TECHNOLOGY, a California corporation, <br> 15 <br> 16       Plaintiff, <br> 17   vs. <br> 18 HUGHES COMMUNICATIONS, INC., a Delaware corporation, HUGHES NETWORK SYSTEMS, LLC, a Delaware limited liability company, DISH NETWORK CORPORATION, a Nevada corporation, DISH NETWORK L.L.C., a Colorado limited liability company, and DISHNET SATELLITE BROADBAND L.L.C., a Colorado limited liability company, <br> 19 <br> 20 <br> 21 <br> 22 <br> 23       Defendants. | CASE NO. 2:15-CV-01108-MRP-JEM <br><br> **JOINT STATUS REPORT**[1] |

24
25
26 ─────────────────────
27   [1]   The same joint status report is being filed in both Case No. 2:13-CV-7245-MRP-JEM and Case No. 2:15-CV-1108-MRP-JEM.
28

Pursuant to the Court's December 22, 2015 Order (Dkt. 54), the parties submit this joint status report to update the Court on the parties' ongoing settlement efforts. The parties continue to exchange proposals on the terms of binding arbitration and settlement and believe additional time to try to reach an agreement on the terms will be productive. Therefore, the parties respectfully request the Court set a new date for an additional status report to February 23, 2016.

DATED: January 21, 2016        Respectfully submitted,

By: */s/James R. Asperger*

James R. Asperger
jimasperger@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

*Attorneys for Plaintiff California Institute of Technology*

By: */s/ David C. Marcus*

David C. Marcus (SBN: 158704)
david.marcus@wilmerhale.com
Matthew J. Hawkinson (SBN: 248216)
matthew.hawkinson@wilmerhale.com
Aaron Thompson (SBN: 272391)
aaron.thompson@wilmerhale.com
WILMER CUTLER PICKERING HALE AND DORR LLP
350 South Grand Avenue, Suite 2100

| | |
|---|---|
| 1 | Los Angeles, CA 90071 |
| 2 | Telephone: +1 213 443 5300 |
|   | Facsimile: +1 213 443 5400 |
| 3 | |
| 4 | *Attorneys for Defendants and Counterclaim-Plaintiffs* |
| 5 | *Hughes Communications Inc.,* |
| 6 | *Hughes Network Systems LLC,* |
|   | *DISH Network Corporation,* |
| 7 | *DISH Network L.L.C., and* |
| 8 | *dishNET Satellite Broadband L.L.C.* |

-2-
Case No. 2:15-CV-01108-MRP (JEM)
JOINT STATUS REPORT