E-FILED

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 13-07245 MRP (JEM)<br>**CV 15-01108 MRP (JEM)** | Date | January 22, 2016 |
|---|---|---|---|
| Title | *California Institute of Technology v. Hughes Communications, Inc., et al.* | | |

**Presiding: The Honorable** — GEORGE H. KING, CHIEF U.S. DISTRICT JUDGE

| Beatrice Herrera | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:   Attorneys Present for Defendants:

None   None

**Proceedings:**   **(In Chambers) Order re:** Joint Status Report

On January 21, 2016, the parties submitted a joint status report to the Court that states as follows, in pertinent part: "The parties continue to exchange proposals on the terms of binding arbitration and settlement and believe additional time to try to reach an agreement on the terms will be productive." (Jan. 21, 2016 Status Report, Dkt. No. 400.) The last several joint status reports filed by the parties contain virtually identical representations. (<u>See</u>, <u>e.g.</u>, Dec. 21, 2015 Status Report, Dkt. No. 398 ("The parties continue to make progress on the negotiations regarding the terms of a proposal to resolve the dispute through binding arbitration. The exchanges of draft proposals continue to converge, and both parties would like to continue this process further as both sides believe these efforts are fruitful with a reasonable likelihood of leading to agreement on a resolution."); Nov. 20, 2015 Status Report, Dkt. No. 396 ("The parties have continued negotiating the terms of a proposal to resolve their dispute through binding arbitration including the terms of a proposed license. While the negotiation is not yet complete, based on the exchanges of draft proposals, the parties continue to see progress resulting from these efforts and would like additional time to work through the remaining issues."); Oct. 14, 2015 Status Report, Dkt. No. 393 ("The parties have continued to negotiate the terms of a proposal to resolve the dispute through binding arbitration. At this stage, the parties still believe this effort is productive and would like to continue to pursue this avenue towards resolving the dispute.").)

The Court requires further specificity to evaluate whether to grant the parties their sixth request for an extension of time by which to reach a resolution of this matter. The parties shall set forth in an amended joint status report the following: which issues remain outstanding and which have been resolved; what efforts the parties are currently making to resolve the outstanding issues; and how much time the parties expect it will take to resolve the outstanding issues and why. The amended joint status report shall be filed no later than fourteen (14) days from entry of this order. The amended joint status report may be filed under seal, to the extent the parties disclose confidential settlement negotiations in the report.

**IT IS SO ORDERED.**

E-FILED

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 13-07245 MRP (JEM)<br>**CV 15-01108 MRP (JEM)** | Date | January 22, 2016 |
| Title | *California Institute of Technology v. Hughes Communications, Inc., et al.* | | |

                                                                                -- : --

                                         Initials of Deputy Clerk              Bea