1  QUINN EMANUEL URQUHART
    & SULLIVAN, LLP
2  James R. Asperger (Bar No. 083188)
   jimasperger@quinnemanuel.com
3  865 S. Figueroa St., 10th Floor
   Los Angeles, California 90017
4  Telephone: (213) 443-3000
   Facsimile: (213) 443-3100
5
   Kevin P.B. Johnson (Bar No. 177129)
6  kevinjohnson@quinnemanuel.com
   555 Twin Dolphin Drive, 5th Floor
7  Redwood Shores, California 94065
   Telephone: (650) 801-5000
8  Facsimile: (650) 801-5100

9  Attorneys for Plaintiff California Institute of Technology

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| CALIFORNIA INSTITUTE OF TECHNOLOGY, a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>HUGHES COMMUNICATIONS, INC., a Delaware corporation, HUGHES NETWORK SYSTEMS, LLC, a Delaware limited liability company, DISH NETWORK CORPORATION, a Nevada corporation, DISH NETWORK L.L.C., a Colorado limited liability company, and DISHNET SATELLITE BROADBAND L.L.C., a Colorado limited liability company,<br><br>Defendants. | CASE NO. 2:15-CV-01108 MRP-JEM<br><br>**JOINT APPLICATION TO FILE UNDER SEAL AMENDED JOINT STATUS REPORT**[1] |

---

[1] The same application is being filed in both Case No. 2:13-CV-7245-MRP-JEM and Case No. 2:15-CV-1108-MRP-JEM.

Case No. 2:15-CV-01108-MRP-JEM
APPLICATION TO FILE UNDER SEAL

1  PLEASE TAKE NOTICE that pursuant to Civil Local Rule 79-5.2.2, the
2  parties submit this application to the Court for an order sealing the materials
3  described by below filed in connection with the parties' Joint Amended Status
4  Report, to be filed pursuant to the Court's January 22, 2016 Order (Dkt. 56). This
5  application applies to the following items:

6  • AMENDED JOINT STATUS REPORT

7  This application is made on the grounds that these documents contain highly
8  confidential details of discussions between the parties negotiating resolution of the
9  case and the parties' interest in maintaining the confidentiality of the documents
10 outweighs the public's right of access to materials submitted in connection with a
11 judicial proceeding.

12 For the foregoing reasons and as set forth in the Sealed Declaration, the
13 parties respectfully request that the Court grant this Joint Application to File under
14 Seal.

15 Further, the parties respectfully request leave to file the above Amended Joint
16 Status Report following the Court's order on this Joint Application to File Under
17 Seal.

18

19 DATED: February 5, 2016  Respectfully submitted,

20

21  By: */s/James R. Asperger*

22  James R. Asperger
    jimasperger@quinnemanuel.com
23  QUINN EMANUEL URQUHART &
    SULLIVAN, LLP
24  865 S. Figueroa St., 10th Floor
    Los Angeles, California 90017
25  Telephone: (213) 443-3000
    Facsimile: (213) 443-3100
26
    *Attorneys for Plaintiff California Institute*
27  *of Technology*

28

-1-  Case No. 2:15-CV-01108-MRP-JEM
JOINT APPLICATION TO FILE UNDER SEAL

By: */s/ David C. Marcus*

David C. Marcus (SBN: 158704)
david.marcus@wilmerhale.com
Matthew J. Hawkinson (SBN: 248216)
matthew.hawkinson@wilmerhale.com
Aaron Thompson (SBN: 272391)
aaron.thompson@wilmerhale.com
WILMER CUTLER PICKERING HALE
AND DORR LLP
350 South Grand Avenue, Suite 2100
Los Angeles, CA 90071
Telephone: +1 213 443 5300
Facsimile: +1 213 443 5400

*Attorneys for Defendants and
Counterclaim-Plaintiffs
Hughes Communications Inc.,
Hughes Network Systems LLC,
DISH Network Corporation,
DISH Network L.L.C., and
dishNET Satellite Broadband L.L.C.*

-2-   Case No. 2:15-CV-01108-MRP-JEM
JOINT APPLICATION TO FILE UNDER SEAL