**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

QUINN EMANUEL URQUHART
& SULLIVAN, LLP
James R. Asperger (Bar No. 083188)
jimasperger@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone:   (213) 443-3000
Facsimile:   (213) 443-3100

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone:   (650) 801-5000
Facsimile:   (650) 801-5100

Attorneys for Plaintiff California Institute of Technology

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA INSTITUTE OF TECHNOLOGY, a California corporation,<br>　　　　Plaintiff,<br>　vs.<br>HUGHES COMMUNICATIONS, INC., a Delaware corporation, HUGHES NETWORK SYSTEMS, LLC, a Delaware limited liability company, DISH NETWORK CORPORATION, a Nevada corporation, DISH NETWORK L.L.C., a Colorado limited liability company, and DISHNET SATELLITE BROADBAND L.L.C., a Colorado limited liability company,<br>　　　　Defendants. | CASE NO. 2:15-CV-01108-MRP-JEM<br>**AMENDED JOINT STATUS REPORT**[1] |

---

[1] The same amended joint status report is being filed in both Case No. 2:13-CV-7245-MRP-JEM and Case No. 2:15-CV-1108-MRP-JEM.

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

1  Pursuant to the Court's January 22, 2016 Order (Dkt. 56), the parties submit
2  this amended joint status report to provide additional information requested by the
3  Court.

4  █████████████████████████████████████
5  █████████████████████  ███████████████
6  █████████████████████████████████ █
7  █████████████████████████████████████
8  ████████████████████████████████
9  ████████  ███████████████████████████
10 ██████████████████████████████████████
11 ████████████████████  ████████████████
12 ███████████████████████████████
13   ████████████████████████████████████
14 ██████████████████████████████████
15 ███████████████████  █████████████████
16 ███████████████████████████████
17 ██████████████████████████████  ██████
18 █████████████████████████████████
19 █████████████████████████████████
20 ████████████████  ████████████████████
21 █████████████████████████████████████
22 ███████████████████████████████████
23 █████████████████████████████████████
24 ██████████████████████
25   ███████████████████████████████████
26 █████████████████████████████████████ █
27 █████████████████████████████████████
28 ████

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

1. █████████████████████████████████████████
2. ███████████████████████████████ ██████████
3. █████████████████████████████████████████
4. █████████████████████████████████████████
5. █████████████████████████████████████████
6. ███████████████████

14 DATED: February 5, 2016        Respectfully submitted,

17             By: /s/ James R. Asperger

                James R. Asperger
                jimasperger@quinnemanuel.com
                QUINN EMANUEL URQUHART &
                SULLIVAN, LLP
                865 S. Figueroa St., 10th Floor
                Los Angeles, California 90017
                Telephone:   (213) 443-3000
                Facsimile:   (213) 443-3100

                *Attorneys for Plaintiff California Institute of Technology*

            By: /s/ David C. Marcus

                David C. Marcus (SBN: 158704)
                david.marcus@wilmerhale.com

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

Matthew J. Hawkinson (SBN: 248216)
matthew.hawkinson@wilmerhale.com
Aaron Thompson (SBN: 272391)
aaron.thompson@wilmerhale.com
WILMER CUTLER PICKERING HALE
AND DORR LLP
350 South Grand Avenue, Suite 2100
Los Angeles, CA 90071
Telephone: +1 213 443 5300
Facsimile: +1 213 443 5400

*Attorneys for Defendants and
Counterclaim-Plaintiffs
Hughes Communications Inc.,
Hughes Network Systems LLC,
DISH Network Corporation,
DISH Network L.L.C., and
dishNET Satellite Broadband L.L.C.*