FILED
CLERK, U.S. DISTRICT COURT
FEB 9, 2016
CENTRAL DISTRICT OF CALIFORNIA
BY: \_\_\_\_BH\_\_\_\_ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA INSTITUTE OF TECHNOLOGY, a California corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>HUGHES COMMUNICATIONS, INC., a Delaware corporation, HUGHES NETWORK SYSTEMS, LLC, a Delaware limited liability company, DISH NETWORK CORPORATION, a Nevada corporation, DISH NETWORK L.L.C., a Colorado limited liability company, and DISHNET SATELLITE BROADBAND L.L.C., a Colorado limited liability company,<br><br>    Defendants. | CASE NO. 2:15-CV-01108-MRP-JEM<br><br>**[PROPOSED] ORDER GRANTING JOINT APPLICATION TO FILE UNDER SEAL AMENDED JOINT STATUS REPORT** |

1  Having considered the parties' Joint Application to File Under Seal, and good
2  cause having been shown, the application is hereby GRANTED.
3  The following documents shall be filed under seal:
4  • AMENDED JOINT STATUS REPORT
5  The parties' request for leave to file the above Amended Joint Status Report
6  following the Court's Order on this Joint Application to File Under Seal is hereby
7  GRANTED.

**IT IS SO ORDERED.**

DATED: February 8, 2016

_____
Honorable George H. King
Chief United States District Court Judge