| | |
|---|---|
| 1 | David C. Marcus (SBN 158704) |
|  | david.marcus@wilmerhale.com |
| 2 | James M. Dowd (SBN 259578) |
|  | james.dowd@wilmerhale.com |
| 3 | Matthew J. Hawkinson (SBN 248216) |
|  | matthew.hawkinson@wilmerhale.com |
| 4 | Aaron Thompson (SBN 272391) |
|  | aaron.thompson@wilmerhale.com |
| 5 | WILMER CUTLER PICKERING |
|  |    HALE AND DORR LLP |
| 6 | 350 South Grand Avenue, Suite 2100 |
|  | Los Angeles, CA 90071 |
| 7 | Telephone:  (213) 443-5300 |
|  | Facsimile:   (213) 443-5400 |
| 8 | |
|  | William F. Lee (*pro hac vice*) |
| 9 | william.lee@wilmerhale.com |
|  | WILMER CUTLER PICKERING |
| 10 |    HALE AND DORR LLP |
|  | 60 State Street |
| 11 | Boston, MA 02109 |
|  | Telephone:  (617) 526-6000 |
| 12 | Facsimile:   (617) 526-5000 |
| 13 | Attorneys for Defendants and Counterclaim-Plaintiffs |
| 14 | *Hughes Communications Inc.* |
|  | *Hughes Network Systems LLC* |
| 15 | *DISH Network Corporation,* |
|  | *DISH Network L.L.C., and* |
| 16 | *dishNET Satellite Broadband L.L.C.* |
| 17 | Additional Counsel Listed on Signature Page |

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| The CALIFORNIA INSTITUTE OF TECHNOLOGY, | Case No. 2:15-cv-1108-MRP-JEM |
| Plaintiff, | **JOINT APPLICATION TO FILE UNDER SEAL JOINT STATUS REPORT**[1] |
| vs. | |
| HUGHES COMMUNICATIONS INC., HUGHES NETWORK SYSTEMS LLC, DISH NETWORK CORPORATION, DISH NETWORK L.L.C., and DISHNET SATELLITE BROADBAND L.L.C., | |
| Defendants. | |

---

[1] The same joint status report is being filed in both Case No. 2:13-CV-7245-MRP-JEM and Case No. 2:15-CV-1108-MRP-JEM.

1  PLEASE TAKE NOTICE that pursuant to Civil Local Rule 79-5.2.2, the
2  parties submit this application to the Court for an order sealing the materials
3  described by below filed in connection with the parties' Joint Status Report, to be
4  filed pursuant to the Court's February 9, 2016 Order (Dkt. 61). This application
5  applies to the following items:

6  • JOINT STATUS REPORT

7  This application is made on the grounds that these documents contain highly
8  confidential details of discussions between the parties negotiating resolution of the
9  case and the parties' interest in maintaining the confidentiality of the documents
10 outweighs the public's right of access to materials submitted in connection with a
11 judicial proceeding.

12 For the foregoing reasons and as set forth in the Sealed Declaration, the
13 parties respectfully request that the Court grant this Joint Application to File under
14 Seal.

15 Further, the parties respectfully request leave to file the above Joint Status
16 Report following the Court's order on this Joint Application to File Under Seal.

17 Dated:      March 31, 2016     By:    */s/ Aaron S. Thompson*
                                         Aaron S. Thompson
18
19                                       Attorneys for Defendants and Counterclaim-Plaintiffs
                                         *Hughes Communications Inc.*,
                                         *Hughes Network Systems LLC*,
20                                       *DISH Network Corporation*,
                                         *DISH Network L.L.C.*, and
21                                       *dishNET Satellite Broadband L.L.C.*

22                                       David C. Marcus (SBN 158704)
                                         david.marcus@wilmerhale.com
23                                       James M. Dowd (SBN 259578)
                                         james.dowd@wilmerhale.com
24                                       Matthew J. Hawkinson (SBN 248216)
                                         matthew.hawkinson@wilmerhale.com
25                                       Aaron Thompson (SBN 272391)
                                         aaron.thompson@wilmerhale.com
26                                       WILMER CUTLER PICKERING HALE AND
                                           DORR LLP
27                                       350 South Grand Avenue, Suite 2100
                                         Los Angeles, CA 90071
28                                       Telephone: +1 213 443 5300

-1-

Facsimile: +1 213 443 5400

William F. Lee (*pro hac vice*)
william.lee@wilmerhale.com
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: +1 617 526 6000
Facsimile: +1 617 526 5000

William G. McElwain (*pro hac vice*)
william.mcelwain@wilmerhale.com
WILMER CUTLER PICKERING HALE AND DORR LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006
Telephone: +1 202 663 6388
Facsimile: +1 202 663 6363


By: _____/s/_____ James R. Asperger
              James R. Asperger

Attorneys for Plaintiff
*California Institute of Technology*

James R. Asperger (SBN 083188)
jimasperger@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Kevin P.B. Johnson (SBN 177129)
kevinjohnson@quinnemanuel.com
Mark Yeh-Kai Tung (Bar No. 245782)
marktung@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

1  Edward J. DeFranco (SBN 165596)
   eddefranco@quinnemanuel.com
2  Eric Huang (admitted pro hac vice)
   erichuang@quinnemanuel.com
3  QUINN EMANUEL URQUHART &
   SULLIVAN, LLP
4  51 Madison Avenue, 22nd Floor
   New York, New York 10010
5  Telephone: (212) 849-7000
   Facsimile: (212) 849-7100
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

-3-
JOINT APPLICATION TO FILE UNDER SEAL JOINT STATUS REPORT
Case No. 2:15-cv-1108-MRP-JEM