1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| The CALIFORNIA INSTITUTE OF TECHNOLOGY,<br><br>Plaintiff,<br><br>vs.<br><br>HUGHES COMMUNICATIONS INC., HUGHES NETWORK SYSTEMS LLC, DISH NETWORK CORPORATION, DISH NETWORK L.L.C., and DISHNET SATELLITE BROADBAND L.L.C.,<br><br>Defendants. | Case No. 2:15-cv-1108-MRP-JEM<br><br>**[PROPOSED] ORDER GRANTING JOINT APPLICATION TO FILE UNDER SEAL JOINT STATUS REPORT**<br><br>**FILED UNDER SEAL** |

1     Having considered the parties' Joint Application to File Under Seal, and
2 good cause having been shown, the application is hereby GRANTED.
3     The following documents shall be filed under seal:
4     • JOINT STATUS REPORT
5     The parties' request for leave to file the above Joint Status Report following
6 the Court's Order on this Joint Application to File Under Seal is hereby
7 GRANTED.

9 **IT IS SO ORDERED.**

13 Dated:

                Honorable George H. King
                Chief United States District Court Judge