**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

David C. Marcus (SBN 158704)
david.marcus@wilmerhale.com
James M. Dowd (SBN 259578)
james.dowd@wilmerhale.com
Matthew J. Hawkinson (SBN 248216)
matthew.hawkinson@wilmerhale.com
Aaron Thompson (SBN 272391)
aaron.thompson@wilmerhale.com
WILMER CUTLER PICKERING
    HALE AND DORR LLP
350 South Grand Avenue, Suite 2100
Los Angeles, CA 90071
Telephone:   (213) 443-5300
Facsimile:   (213) 443-5400

William F. Lee (*pro hac vice*)
william.lee@wilmerhale.com
WILMER CUTLER PICKERING
    HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone:   (617) 526-6000
Facsimile:   (617) 526-5000

Attorneys for Defendants and
Counterclaim-Plaintiffs
*Hughes Communications Inc.*
*Hughes Network Systems LLC*
*DISH Network Corporation,*
*DISH Network L.L.C., and*
*dishNET Satellite Broadband L.L.C.*

Additional Counsel Listed on Signature Page

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| The CALIFORNIA INSTITUTE OF TECHNOLOGY,<br><br>Plaintiff,<br><br>vs.<br><br>HUGHES COMMUNICATIONS INC., HUGHES NETWORK SYSTEMS LLC, DISH NETWORK CORPORATION, DISH NETWORK L.L.C., and DISHNET SATELLITE BROADBAND L.L.C.,<br><br>Defendants. | Case No. 2:15-CV-1108-MRP-JEM<br><br>**JOINT STATUS REPORT**[1] |

---

[1] The same joint status report is being filed in both Case No. 2:13-CV-7245-MRP-JEM and Case No. 2:15-CV-1108-MRP-JEM.

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

1  Pursuant to the Court's February 9, 2016 Order (Dkt. 61), the parties submit
2  this joint status report to update the Court on the parties' ongoing settlement efforts.
3  ▬
4  ▬
5  ▬
6  ▬
7  ▬
8  ▬
9  ▬
10 ▬
11 ▬
12
13
14
15 Dated: March 31, 2016        By:  */s/ Aaron S. Thompson*
                                     Aaron S. Thompson
16
17 Attorneys for Defendants and Counterclaim-Plaintiffs
   *Hughes Communications Inc.*,
18 *Hughes Network Systems LLC*,
   *DISH Network Corporation*,
19 *DISH Network L.L.C.*, and
   *dishNET Satellite Broadband L.L.C.*
20
   David C. Marcus (SBN 158704)
21 david.marcus@wilmerhale.com
   James M. Dowd (SBN 259578)
22 james.dowd@wilmerhale.com
   Matthew J. Hawkinson (SBN 248216)
23 matthew.hawkinson@wilmerhale.com
   Aaron Thompson (SBN 272391)
24 aaron.thompson@wilmerhale.com
   WILMER CUTLER PICKERING HALE AND
25   DORR LLP
   350 South Grand Avenue, Suite 2100
26 Los Angeles, CA 90071
   Telephone: +1 213 443 5300
27 Facsimile: +1 213 443 5400

28 William F. Lee (*pro hac vice*)
   william.lee@wilmerhale.com

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

WILMER CUTLER PICKERING HALE AND
 DORR LLP
60 State Street
Boston, Massachusetts 02109
Telephone: +1 617 526 6000
Facsimile: +1 617 526 5000

William G. McElwain (*pro hac vice*)
william.mcelwain@wilmerhale.com
WILMER CUTLER PICKERING HALE AND
 DORR LLP
1875 Pennsylvania Avenue NW
Washington, DC  20006
Telephone: +1 202 663 6388
Facsimile: +1 202 663 6363


By:      */s/*    James R. Asperger
             James R. Asperger

Attorneys for Plaintiff
*California Institute of Technology*

James R. Asperger (SBN 083188)
jimasperger@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Kevin P.B. Johnson (SBN 177129)
kevinjohnson@quinnemanuel.com
Mark Yeh-Kai Tung (Bar No. 245782)
marktung@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Edward J. DeFranco (SBN 165596)
eddefranco@quinnemanuel.com
Eric Huang (admitted pro hac vice)
erichuang@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100

-2-

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

-3-