David C. Marcus (SBN 158704)
david.marcus@wilmerhale.com
James M. Dowd (SBN 259578)
james.dowd@wilmerhale.com
Matthew J. Hawkinson (SBN 248216)
matthew.hawkinson@wilmerhale.com
Aaron Thompson (SBN 272391)
aaron.thompson@wilmerhale.com
WILMER CUTLER PICKERING HALE
   AND DORR LLP
350 South Grand Avenue, Suite 2100
Los Angeles, CA 90071
Telephone:   (213) 443-5300
Facsimile:   (213) 443-5400

William F. Lee (*pro hac vice*)
william.lee@wilmerhale.com
WILMER CUTLER PICKERING HALE
   AND DORR LLP
60 State Street
Boston, MA 02109
Telephone:   (617) 526-6000
Facsimile:   (617) 526-5000

Attorneys for
*Hughes Communications Inc.*
*Hughes Network Systems LLC*
*DISH Network Corporation,*
*DISH Network LLC, and*
*dishNET Satellite Broadband LLC*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE CALIFORNIA INSTITUTE OF TECHNOLOGY,<br><br><br><br>HUGHES COMMUNICATIONS INC., HUGHES NETWORK SYSTEMS LLC, DISH NETWORK CORPORATION, DISH NETWORK LLC, and DISHNET SATELLITE BROADBAND LLC, | Case No.  2:15-cv-1108-MRP-JEM<br><br>**PROOF OF SERVICE**<br><br>The Hon. George H. King<br>Chief United States District Court Judge |

**PROOF OF SERVICE**

I, Aaron Thompson, hereby certify that copies of the following documents are being served upon the following parties as indicated below on March 31, 2015.

- Joint Application to File Under Seal Joint Status Report
- [Proposed] Order Granting Joint Application to File Under Seal Joint Status Report
- Joint Status Report
- Sealed Declaration of Aaron Thompson in Support of Joint Application to File Under Seal Joint Status Report

Via Electronic Mail/Electronic Cloud Delivery for Plaintiff the California Institute of Technology:

James R Asperger
jimasperger@quinnemanuel.com

Kevin P B Johnson
kevinjohnson@quinnemanuel.com

Bryan Christopher Hathorn
bryanhathorn@quinnemanuel.com

Edward J DeFranco
eddefranco@quinnemanuel.com

Eric H Huang
erichuang@quinnemanuel.com

Kathy Ke Peng
kathypeng@quinnemanuel.com

Krista M. Rycroft
kristarycroft@quinnemanuel.com

Mark Yeh-Kai Tung
marktung@quinnemanuel.com

Ron Hagiz
ronhagiz@quinnemanuel.com

James M Glass
jimglass@quinnemanuel.com

Robert Nai-Shu Kang
robertkang@quinnemanuel.com

I certify under penalty of perjury that the foregoing is true and correct.

By: <u>  /s/ Aaron Thompson  </u>
     Aaron Thompson

Attorneys for Defendants and Counterclaim-Plaintiffs
*Hughes Communications Inc.,*
*Hughes Network Systems LLC,*
*DISH Network Corporation,*
*DISH Network L.L.C.,* and
*dishNET Satellite Broadband L.L.C.*

| | |
|---|---|
| 1 | |
| 2 | David C. Marcus (SBN 158704)<br>david.marcus@wilmerhale.com |
| 3 | James M. Dowd (SBN 259578)<br>james.dowd@wilmerhale.com |
| 4 | Matthew J. Hawkinson (SBN 248216)<br>matthew.hawkinson@wilmerhale.com |
| 5 | Aaron Thompson (SBN 272391)<br>aaron.thompson@wilmerhale.com |
| 6 | WILMER CUTLER PICKERING HALE AND<br>   DORR LLP |
| 7 | 350 South Grand Avenue, Suite 2100<br>Los Angeles, CA 90071 |
| 8 | Telephone: +1 213 443 5300<br>Facsimile: +1 213 443 5400 |
| 9 | William F. Lee (*pro hac vice*) |
| 10 | william.lee@wilmerhale.com<br>WILMER CUTLER PICKERING  HALE AND<br>   DORR LLP |
| 11 | 60 State Street<br>Boston, Massachusetts 02109 |
| 12 | Telephone: +1 617 526 6000<br>Facsimile: +1 617 526 5000 |
| 13 | |
| 14 | William G. McElwain (*pro hac vice*)<br>william.mcelwain@wilmerhale.com |
| 15 | WILMER CUTLER PICKERING HALE AND<br>   DORR LLP |
| 16 | 1875 Pennsylvania Avenue NW<br>Washington, DC  20006 |
| 17 | Telephone: +1 202 663 6388<br>Facsimile: +1 202 663 6363 |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |