| | |
|---|---|
| 1 | David C. Marcus (SBN 158704) |
| | david.marcus@wilmerhale.com |
| 2 | James M. Dowd (SBN 259578) |
| | james.dowd@wilmerhale.com |
| 3 | Matthew J. Hawkinson (SBN 248216) |
| | matthew.hawkinson@wilmerhale.com |
| 4 | Aaron Thompson (SBN 272391) |
| | aaron.thompson@wilmerhale.com |
| 5 | WILMER CUTLER PICKERING HALE |
| |   AND DORR LLP |
| 6 | 350 South Grand Avenue, Suite 2100 |
| | Los Angeles, CA 90071 |
| 7 | Telephone:  (213) 443-5300 |
| | Facsimile:   (213) 443-5400 |
| 8 | |
| | William F. Lee (*pro hac vice*) |
| 9 | william.lee@wilmerhale.com |
| | WILMER CUTLER PICKERING HALE |
| 10 |   AND DORR LLP |
| | 60 State Street |
| 11 | Boston, MA 02109 |
| | Telephone:  (617) 526-6000 |
| 12 | Facsimile:   (617) 526-5000 |
| 13 | Attorneys for |
| | *Hughes Communications Inc.* |
| 14 | *Hughes Network Systems LLC* |
| | *DISH Network Corporation,* |
| 15 | *DISH Network LLC, and* |
| | *dishNET Satellite Broadband LLC* |

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| THE CALIFORNIA INSTITUTE OF TECHNOLOGY,<br><br>v.<br><br>HUGHES COMMUNICATIONS INC., HUGHES NETWORK SYSTEMS LLC, DISH NETWORK CORPORATION, DISH NETWORK LLC, and DISHNET SATELLITE BROADBAND LLC, | Case No.  2:15-cv-1108-MRP-JEM<br><br>**PROOF OF SERVICE**<br><br>The Hon. George H. King<br>Chief United States District Judge |

PROOF OF SERVICE
Case No.  2:15-cv-1108-MRP-JEM

# **PROOF OF SERVICE**

I, Aaron Thompson, hereby certify that copies of the following documents are being served upon the following parties as indicated below on March 31, 2015.

- Joint Status Report

Via Electronic Mail/Electronic Cloud Delivery for Plaintiff the California Institute of Technology:

James R Asperger
jimasperger@quinnemanuel.com

Kevin P B Johnson
kevinjohnson@quinnemanuel.com

Bryan Christopher Hathorn
bryanhathorn@quinnemanuel.com

Edward J DeFranco
eddefranco@quinnemanuel.com

Eric H Huang
erichuang@quinnemanuel.com

Kathy Ke Peng
kathypeng@quinnemanuel.com

Krista M. Rycroft
kristarycroft@quinnemanuel.com

Mark Yeh-Kai Tung
marktung@quinnemanuel.com

Ron Hagiz
ronhagiz@quinnemanuel.com

James M Glass
jimglass@quinnemanuel.com

Robert Nai-Shu Kang
robertkang@quinnemanuel.com

I certify under penalty of perjury that the foregoing is true and correct.

By: ___/s/ Aaron Thompson___
Aaron Thompson

Attorneys for Defendants and Counterclaim-Plaintiffs
*Hughes Communications Inc.*,
*Hughes Network Systems LLC*,
*DISH Network Corporation*,
*DISH Network L.L.C.*, and
*dishNET Satellite Broadband L.L.C.*

David C. Marcus (SBN 158704)
david.marcus@wilmerhale.com
James M. Dowd (SBN 259578)
james.dowd@wilmerhale.com
Matthew J. Hawkinson (SBN 248216)
matthew.hawkinson@wilmerhale.com
Aaron Thompson (SBN 272391)
aaron.thompson@wilmerhale.com

-1-

|   |   |
|---|---|
| 1 | WILMER CUTLER PICKERING HALE AND DORR LLP |
| 2 | 350 South Grand Avenue, Suite 2100 |
| 3 | Los Angeles, CA 90071<br>Telephone: +1 213 443 5300 |
| 4 | Facsimile: +1 213 443 5400 |
| 5 | William F. Lee (*pro hac vice*)<br>william.lee@wilmerhale.com |
| 6 | WILMER CUTLER PICKERING  HALE AND DORR LLP |
| 7 | 60 State Street<br>Boston, Massachusetts 02109 |
| 8 | Telephone: +1 617 526 6000<br>Facsimile: +1 617 526 5000 |
| 9 | William G. McElwain (*pro hac vice*) |
| 10 | william.mcelwain@wilmerhale.com<br>WILMER CUTLER PICKERING HALE AND DORR LLP |
| 11 | 1875 Pennsylvania Avenue NW |
| 12 | Washington, DC  20006<br>Telephone: +1 202 663 6388 |
| 13 | Facsimile: +1 202 663 6363 |
| 14 |   |
| 15 |   |
| 16 |   |
| 17 |   |
| 18 |   |
| 19 |   |
| 20 |   |
| 21 |   |
| 22 |   |
| 23 |   |
| 24 |   |
| 25 |   |
| 26 |   |
| 27 |   |
| 28 |   |

PROOF OF SERVICE
Case No.  2:15-cv-1108-MRP-JEM