QUINN EMANUEL URQUHART
  & SULLIVAN, LLP
James R. Asperger (Bar No. 083188)
jimasperger@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone: (213) 443-3000
Facsimile: (213) 443-3100

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Attorneys for Plaintiff California Institute of Technology

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA INSTITUTE OF TECHNOLOGY, a California corporation,<br><br>            Plaintiff,<br><br>    vs.<br><br>HUGHES COMMUNICATIONS, INC., a Delaware corporation, HUGHES NETWORK SYSTEMS, LLC, a Delaware limited liability company, DISH NETWORK CORPORATION, a Nevada corporation, DISH NETWORK L.L.C., a Colorado limited liability company, and DISHNET SATELLITE BROADBAND L.L.C., a Colorado limited liability company,<br><br>            Defendants. | CASE NO. 2:15-CV-01108 MRP-JEM<br><br>**JOINT APPLICATION TO FILE UNDER SEAL JOINT STATUS REPORT[1]** |

---

[1] The same application is being filed in both Case No. 2:13-CV-7245-MRP-JEM and Case No. 2:15-CV-1108-MRP-JEM.

Case No. 2:15-CV-01108-MRP-JEM
JOINT APPLICATION TO FILE UNDER SEAL

1  PLEASE TAKE NOTICE that pursuant to Civil Local Rule 79-5.2.2, the
2  parties submit this application to the Court for an order sealing the materials
3  described below filed in connection with the parties' Joint Status Report, to be filed
4  pursuant to the Court's April 7, 2016 Order (Dkt. 68).  This application applies to
5  the following items:

6  • JOINT STATUS REPORT

7  This application is made on the grounds that these documents contain highly
8  confidential details of discussions between the parties negotiating resolution of the
9  case and the parties' interest in maintaining the confidentiality of the documents
10 outweighs the public's right of access to materials submitted in connection with a
11 judicial proceeding.

12 For the foregoing reasons and as set forth in the Sealed Declaration, the
13 parties respectfully request that the Court grant this Joint Application to File under
14 Seal.

15 Further, the parties respectfully request leave to file the above Joint Status
16 Report following the Court's order on this Joint Application to File Under Seal.

17

18 DATED: April 15, 2016                Respectfully submitted,

19

20                                      By: */s/James R. Asperger*

21                                          James R. Asperger
                                            jimasperger@quinnemanuel.com
22                                          QUINN EMANUEL URQUHART &
                                            SULLIVAN, LLP
23                                          865 S. Figueroa St., 10th Floor
                                            Los Angeles, California 90017
24                                          Telephone:  (213) 443-3000
                                            Facsimile:  (213) 443-3100
25
                                            *Attorneys for Plaintiff California Institute*
26                                          *of Technology*

27

28

By: */s/ Aaron Thompson*

David C. Marcus (SBN: 158704)
david.marcus@wilmerhale.com
Matthew J. Hawkinson (SBN: 248216)
matthew.hawkinson@wilmerhale.com
Aaron Thompson (SBN: 272391)
aaron.thompson@wilmerhale.com
WILMER CUTLER PICKERING HALE
AND DORR LLP
350 South Grand Avenue, Suite 2100
Los Angeles, CA 90071
Telephone: +1 213 443 5300
Facsimile: +1 213 443 5400

*Attorneys for Defendants and Counterclaim-Plaintiffs Hughes Communications Inc., Hughes Network Systems LLC, DISH Network Corporation, DISH Network L.L.C., and dishNET Satellite Broadband L.L.C.*