**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

QUINN EMANUEL URQUHART
& SULLIVAN, LLP
James R. Asperger (Bar No. 083188)
jimasperger@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone:   (213) 443-3000
Facsimile:   (213) 443-3100

Kevin P.B. Johnson (Bar No. 177129)
kevinjohnson@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, California 94065
Telephone:   (650) 801-5000
Facsimile:   (650) 801-5100

Attorneys for Plaintiff California Institute of Technology

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA INSTITUTE OF TECHNOLOGY, a California corporation,<br>             Plaintiff,<br><br>      vs.<br><br>HUGHES COMMUNICATIONS, INC., a Delaware corporation, HUGHES NETWORK SYSTEMS, LLC, a Delaware limited liability company, DISH NETWORK CORPORATION, a Nevada corporation, DISH NETWORK L.L.C., a Colorado limited liability company, and DISHNET SATELLITE BROADBAND L.L.C., a Colorado limited liability company,<br>             Defendants. | CASE NO. 2:15-CV-01108-MRP-JEM<br><br>**JOINT STATUS REPORT**[1] |

---

[1] The same joint status report is being filed in both Case No. 2:13-CV-7245-MRP-JEM and Case No. 2:15-CV-1108-MRP-JEM.

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

Pursuant to the Court's April 7, 2016 Order (Dkt. 68), the parties submit this joint status report to update the Court ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

DATED: April 15, 2016          Respectfully submitted,

By: /s/ James R. Asperger

James R. Asperger
jimasperger@quinnemanuel.com
QUINN EMANUEL URQUHART & SULLIVAN, LLP
865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
Telephone:   (213) 443-3000
Facsimile:   (213) 443-3100

*Attorneys for Plaintiff California Institute of Technology*

By: /s/ Aaron Thompson

David C. Marcus (SBN: 158704)
david.marcus@wilmerhale.com
Matthew J. Hawkinson (SBN: 248216)
matthew.hawkinson@wilmerhale.com
Aaron Thompson (SBN: 272391)
aaron.thompson@wilmerhale.com
WILMER CUTLER PICKERING HALE AND DORR LLP

**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**

| | |
|---|---|
| 1 | 350 South Grand Avenue, Suite 2100 |
| 2 | Los Angeles, CA 90071 |
|   | Telephone: +1 213 443 5300 |
| 3 | Facsimile: +1 213 443 5400 |
| 4 | |
|   | *Attorneys for Defendants and* |
| 5 | *Counterclaim-Plaintiffs* |
|   | *Hughes Communications Inc.,* |
| 6 | *Hughes Network Systems LLC,* |
| 7 | *DISH Network Corporation,* |
|   | *DISH Network L.L.C., and* |
| 8 | *dishNET Satellite Broadband L.L.C.* |