1 QUINN EMANUEL URQUHART
   & SULLIVAN, LLP
2 James R. Asperger (Bar No. 083188)
jimasperger@quinnemanuel.com
3 865 S. Figueroa St., 10th Floor
Los Angeles, California 90017
4 Telephone: (213) 443-3000
Facsimile: (213) 443-3100
5
Kevin P.B. Johnson (Bar No. 177129)
6 kevinjohnson@quinnemanuel.com
555 Twin Dolphin Drive, 5th Floor
7 Redwood Shores, California 94065
Telephone: (650) 801-5000
8 Facsimile: (650) 801-5100

9 Attorneys for Plaintiff California Institute of Technology

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA INSTITUTE OF TECHNOLOGY, a California corporation,<br>            Plaintiff,<br><br>  vs.<br><br>HUGHES COMMUNICATIONS, INC., a Delaware corporation, HUGHES NETWORK SYSTEMS, LLC, a Delaware limited liability company, DISH NETWORK CORPORATION, a Nevada corporation, DISH NETWORK L.L.C., a Colorado limited liability company, and DISHNET SATELLITE BROADBAND L.L.C., a Colorado limited liability company,<br>            Defendants. | CASE NO. 2:15-CV-01108 MRP-JEM<br><br>**PROOF OF SERVICE** |

Case No. 2:15-CV-01108-MRP-JEM

PROOF OF SERVICE

# PROOF OF SERVICE

This is to certify that, pursuant to Fed. R. Civ. P. 5, the following documents:

- Joint Application to File Under Seal Joint Status Report
- [Proposed] Order Granting Joint Application to File Under Seal Joint Status Report
- Joint Status Report
- Sealed Declaration of Mark Tung in Support of Joint Application to File Joint Status Report Under Seal

Have been served via email, upon the following counsel:

> David C. Marcus (SBN: 158704)
> david.marcus@wilmerhale.com
> Matthew J. Hawkinson (SBN: 248216)
> matthew.hawkinson@wilmerhale.com
> Aaron Thompson (SBN: 272391)
> aaron.thompson@wilmerhale.com
> WILMER CUTLER PICKERING HALE AND DORR LLP
> 350 South Grand Avenue, Suite 2100
> Los Angeles, CA 90071
> Telephone: +1 213 443 5300
> Facsimile: +1 213 443 5400
>
> *Attorneys for Defendants and Counterclaim-Plaintiffs*
> *Hughes Communications Inc.,*
> *Hughes Network Systems LLC,*
> *DISH Network Corporation,*
> *DISH Network L.L.C., and*
> *dishNET Satellite Broadband L.L.C.*

I declare under penalty of perjury that the above is true and correct.

Executed at Redwood Shores, California, on April 15, 2016

By: */s/Margaret H. Shyr*