1  QUINN EMANUEL URQUHART
   & SULLIVAN, LLP
2  James R. Asperger (Bar No. 083188)
   jimasperger@quinnemanuel.com
3  865 S. Figueroa St., 10th Floor
   Los Angeles, California 90017
4  Telephone: (213) 443-3000
   Facsimile: (213) 443-3100
5
   Kevin P.B. Johnson (Bar No. 177129)
6  kevinjohnson@quinnemanuel.com
   555 Twin Dolphin Drive, 5th Floor
7  Redwood Shores, California 94065
   Telephone: (650) 801-5000
8  Facsimile: (650) 801-5100

9  Attorneys for Plaintiff California Institute of Technology

10              UNITED STATES DISTRICT COURT
11              CENTRAL DISTRICT OF CALIFORNIA
12

13  CALIFORNIA INSTITUTE OF                 CASE NO. 2:15-CV-01108 MRP-JEM
14  TECHNOLOGY, a California
    corporation,                            **PROOF OF SERVICE**
15              Plaintiff,
16         vs.
17  HUGHES COMMUNICATIONS, INC., a
    Delaware corporation, HUGHES
18  NETWORK SYSTEMS, LLC, a
    Delaware limited liability company, DISH
19  NETWORK CORPORATION, a Nevada
    corporation, DISH NETWORK L.L.C., a
20  Colorado limited liability company, and
    DISHNET SATELLITE BROADBAND
21  L.L.C., a Colorado limited liability
    company,
22              Defendants.
23
24
25
26
27
28

                                       Case No. 2:15-CV-01108-MRP-JEM
                         PROOF OF SERVICE

# PROOF OF SERVICE

This is to certify that the following document:

- Joint Status Report Filed Under Seal

has been served via email, upon the following counsel:

>David C. Marcus (SBN: 158704)
>david.marcus@wilmerhale.com
>Matthew J. Hawkinson (SBN: 248216)
>matthew.hawkinson@wilmerhale.com
>Aaron Thompson (SBN: 272391)
>aaron.thompson@wilmerhale.com
>WILMER CUTLER PICKERING HALE AND DORR LLP
>350 South Grand Avenue, Suite 2100
>Los Angeles, CA 90071
>Telephone: +1 213 443 5300
>Facsimile: +1 213 443 5400
>
>*Attorneys for Defendants and Counterclaim-Plaintiffs*
>*Hughes Communications Inc.,*
>*Hughes Network Systems LLC,*
>*DISH Network Corporation,*
>*DISH Network L.L.C., and*
>*dishNET Satellite Broadband L.L.C.*

I declare under penalty of perjury that the above is true and correct.

Executed at Redwood Shores, California, on April 20, 2016

By: */s/Margaret H. Shyr*