1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA INSTITUTE OF TECHNOLOGY, a California corporation,<br><br>    Plaintiff,<br><br>    vs.<br><br>HUGHES COMMUNICATIONS, INC., a Delaware corporation, HUGHES NETWORK SYSTEMS, LLC, a Delaware limited liability company, DISH NETWORK CORPORATION, a Nevada corporation, DISH NETWORK L.L.C., a Colorado limited liability company, and DISHNET SATELLITE BROADBAND L.L.C., a Colorado limited liability company,<br><br>    Defendants. | CASE NO. 2:15-CV-01108-MRP-JEM<br><br>**[PROPOSED] ORDER OF DISMISSAL** |

CAME ON THIS DAY for consideration of the Joint Stipulated Motion for Dismissal with Prejudice of all claims, defenses, and counterclaims asserted between Caltech and Defendants, and the Court being of the opinion that said motion should be GRANTED, it is hereby ORDERED, ADJUDGED AND DECREED that all claims, defenses, and counterclaims in this action asserted in this suit between Caltech and Defendants are hereby dismissed with prejudice.

It is further ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them.

**IT IS SO ORDERED.**

DATED: May ___, 2016

_____
Honorable George H. King
Chief United States District Court Judge